

Thomas S. D'Antonio
Partner
585 454 0715
tdantonio@hodgsonruss.com

February 5, 2024

**VIA ECF AND
E-MAIL IMAGE**
(LIMANNYSDCHAMBERS@NYSD.USCOURTS.GOV)

Hon. Lewis J. Liman
United States District Judge
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Levin, et al. v. Sarah Lawrence College, et al.*
      Civil Action No. 23-cv-10236 (LJL)

Dear Judge Liman:

In accordance with the provisions of the Court's January 18, 2024 Notice of Initial Pretrial Conference, this letter will confirm that defendant Sarah Lawrence College has moved to dismiss the Complaint pursuant to Rule 12; that motion (Dkt. # 17) was filed January 29, 2024.

Because I had not appeared prior to the date the Notice was issued, I was unaware of it until this weekend, and I neglected to inform the Court of the College's intention to make this motion. I apologize for my oversight, and respectfully request that any initial pretrial conference, and related filings, be stayed as to the College pending resolution of the motion.

Respectfully,

Thomas S. D'Antonio

TSD/mmp

cc:   All counsel of record (*via ECF*)

1800 Bausch & Lomb Place ◆ Rochester, New York 14604 ◆ telephone 585.454.0700 ◆ facsimile 585.423.5910

Albany ◆ Buffalo ◆ Greensboro ◆ Hackensack ◆ New York City ◆ Palm Beach ◆ Rochester ◆ Saratoga Springs ◆ Toronto ◆ www.hodgsonruss.com