Thomas S. D'Antonio
Partner
585 454 0715
tdantonio@hodgsonruss.com

**Hodgson Russ** LLP

ATTORNEYS

The request to stay the initial pretrial conference and to stay
the deadline for related filings is denied.  If Defendants wish
for discovery to be stayed, Defendants should make such a
request by letter motion.  The Court will not defer the
conference.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

February 5, 2024

February 5, 2024

**VIA ECF AND
E-MAIL IMAGE**
(LIMANNYSDCHAMBERS@NYSD.USCOURTS.GOV)

Hon. Lewis J. Liman
United States District Judge
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Levin, et al. v. Sarah Lawrence College, et al.*
        Civil Action No. 23-cv-10236 (LJL)

Dear Judge Liman:

In accordance with the provisions of the Court's January 18, 2024 Notice of Initial Pretrial
Conference, this letter will confirm that defendant Sarah Lawrence College has moved to dismiss
the Complaint pursuant to Rule 12; that motion (Dkt. # 17) was filed January 29, 2024.

Because I had not appeared prior to the date the Notice was issued, I was unaware of it until this
weekend, and I neglected to inform the Court of the College's intention to make this motion.  I
apologize for my oversight, and respectfully request that any initial pretrial conference, and related
filings, be stayed as to the College pending resolution of the motion.

Respectfully,

Thomas S. D'Antonio

TSD/mmp

cc:   All counsel of record (*via ECF*)

*1800 Bausch & Lomb Place  ◆  Rochester, New York  14604  ◆  telephone 585.454.0700  ◆  facsimile 585.423.5910*

*Albany  ◆  Buffalo  ◆  Greensboro  ◆  Hackensack  ◆  New York City  ◆  Palm Beach  ◆  Rochester  ◆  Saratoga Springs  ◆  Toronto  ◆  www.hodgsonruss.com*