UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. LEVIN, SANTOS J. ROSARIO and FELICIA ROSARIO,<br><br>Plaintiffs,<br><br>v.<br><br>SARAH LAWRENCE COLLEGE, LEE CHEN, GUMLEY-HAFT LLC, and SCOTT MULLER,<br>              Defendants. | Civil Action No.: 1:23-cv-10236 |

STIPULATION OF DISCONTINUANCE
(as to claims against Defendant, Scott Muller, *only*)

     IT IS HEREBY STIPULATED AND AGREED by the parties herein that the above-entitled action, together with all crossclaims and counterclaims, is hereby discontinued *as to the Defendant, Scott Muller, only*, without prejudice and without costs to any party. This stipulation may be filed with the Clerk of the Court without further notice.

     IT IS FURTHER STIPULATION AND AGREED by the parties that the Defendant, Scott Muller's, Motion to Dismiss, previously filed on September 23, 2024, is hereby withdrawn.

Dated: December 13, 2024

Respectfully submitted,
The Plaintiffs,
By their attorneys,
*Admitted pro hac vice,*

*/s/ Kelly A. Guagenty, Esq.*_____
Kelly A. Guagenty, Esq. (MA BBO 658872)
Paula S. Bliss, Esq. (MA BBO 652361)
JUSTICE LAW COLLABORATIVE, LLC
210 Washington Street
North Easton, MA 02356
Tel: (508) 230-2700
paula@justicelc.com
kelly@justicelc.com

1

                          And,

                          */s/ Nicholas R. Farnolo, Esq.*_____
                          Nicholas R. Farnolo, Esq.
                          Roopal P. Luhana, Esq.
                          CHAFFIN LUHANA LLP
                          600 Third Ave., 12th Floor
                          New York, New York 10016
                          Tel: (888) 480-1123
                          Farnolo@chaffinluhana.com
                          luhana@chaffinluhana.com

*Assented to, Attorney for the Defendant, Scott Muller,*

*/s/ David J. Kaplan, Esq.*_____
David J. Kaplan, Esq.
315 East 70th Street
New York, New York 10022
(917) 917 334-7344
david@kaplanlawnyc.com

*Assented to, Attorney for the Defendant, Sarah Lawrence College,*

*/s/ Thomas S. D'Antonio, Esq.*_____
Thomas S. D'Antonio, Esq.
Hodgson Russ LLP
1800 Bausch & Lomb Place
Rochester, NY 14604
tdantonio@hodgsonruss.com

*Assented to, Attorneys for the Defendant, Gumley-Haft, LLC,*

*/s/ Terrance P. Flynn, Esq.*_____
Terrance P. Flynn, Esq. #TF3980
Kelly J. Howell, Esq. #KJ7804
Harris Beach
100 Wall Street, 23rd Floor
New York, NY 10005
Atty Flynn Phone: 716-200-5120
Atty Howell Phone: 212-912-3652
tflynn@harrisbeach.com
khowell@harrisbeach.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 13th day of December 2024, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

I hereby certify that a copy of the foregoing was served via electronic mail upon the following:

*Attorney for the Defendant,*
*Scott Muller,*
David J. Kaplan, Esq.
315 East 70th Street
New York, New York 10022
(917) 917 334-7344
david@kaplanlawnyc.com

*Attorney for the Defendant,*
*Sarah Lawrence College,*
Thomas S. D'Antonio, Esq.
Hodgson Russ LLP
1800 Bausch & Lomb Place
Rochester, NY 14604
tdantonio@hodgsonruss.com

*Attorneys for the Defendant,*
*Gumley-Haft, LLC,*
Terrance P. Flynn, Esq. #TF3980
Kelly J. Howell, Esq. #KJ7804
Harris Beach
100 Wall Street, 23rd Floor
New York, NY 10005
Atty Flynn Phone: 716-200-5120
Atty Howell Phone: 212-912-3652
tflynn@harrisbeach.com
khowell@harrisbeach.com

Dated:  December 13, 2024         */s/ Kelly A. Guagenty*
                                  Kelly A. Guagenty, Esq.