IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DANIEL B. LEVIN, SANTOS J. ROSARIO and FELICIA ROSARIO, <br> Plaintiff(s) <br><br> v. <br><br> SARAH LAWRENCE COLLEGE, LEE CHEN, GUMLEY-HAFT LLC, and SCOTT MULLER, <br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** <br><br> Case No.: 23-CV-10236(LJL) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) GUMLEY-HAFT LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). A dismissal with prejudice will be filed by the parties subject to the parties effectuating the terms of the settlement agreement and subject to plaintiff counsel's receipt and clearance of the applicable settlement proceeds.

/S/ Nicholas Farnolo
*Signature of plaintiffs or plaintiff's counsel*

CHAFFIN LUHANA LLP
*Address*
600 THIRD AVENUE 12TH FLOOR
NEW YORK, NEW YORK 10016
*City, State & Zip Code*

347-778-0413
*Telephone Number*

Dated: 1/15/25

[signature: Kelly Howell]
*Signature of defendants or defendant's counsel*

HARRIS BEACH MURTHA CULLINA PLLC
*Address*
100 WALL STREET, 23RD FLOOR
NEW YORK NEW YORK 10005
*City, State & Zip Code*

212-687-0100
*Telephone Number*

Dated: 1/15/25

/S/ Kelly Guagenty
JUSTICE LAW COLLABORATIVE LLC
210 Washington Street
North Easton, MA 02356
508-230-2700

Dated: 1/15/25