IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. LEVIN, SANTOS J. ROSARIO and FELICIA ROSARIO, <br> Plaintiff(s) <br><br> v. <br><br> SARAH LAWRENCE COLLEGE, LEE CHEN, GUMLEY-HAFT LLC, and SCOTT MULLER, <br> Defendant(s) | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** <br><br> Case No.: 23-CV-10236(LJL) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s) __GUMLEY-HAFT LLC__ pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_[signature]_
Signature of plaintiffs or plaintiff's counsel

CHAFFIN LUHANA LLP
*Address*
600 THIRD AVENUE 12TH FLOOR
NEW YORK NY 10016

*City, State & Zip Code*

347-778-0413
*Telephone Number*

Dated: 01/29/2025

_Kelly A. Guagenty_
JUSTICE LAW COLLABORATIVE LLC
210 Washington Street
North Easton, MA 02356
508-230-2700

Dated: 1/28/25

_[signature]_
Signature of defendants or defendant's counsel

HARRIS BEACH MURTHA CULLINA PLLC
*Address*
100 WALL STREET, 23RD FLOOR
NEW YORK, NY 10005

*City, State & Zip Code*

212-687-0100
*Telephone Number*

Dated: 1/28/25