UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DANIEL B. LEVIN, SANTOS J. ROSARIO, and
FELICIA ROSARIO,

                Plaintiffs,                            **NOTICE OF MOTION**

-vs-                                                   Case No.: 23-cv-10236

SARAH LAWRENCE COLLEGE, LEE CHEN,
GUMLEY-HAFT LLC, and SCOTT MULLER,

                Defendants.
_____

    **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated January 31, 2025, the Declaration of Thomas S. D'Antonio, dated January 31, 2025, with Exhibits 1 and 2 thereto, and all pleadings and proceedings had herein, defendant Sarah Lawrence College will move this Court, at a date and time to be set by the Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, before the Honorable Lewis J. Liman, United States District Judge, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and all related and applicable legal precedent, dismissing plaintiffs' Amended Complaint, and granting such other and further relief as the Court deems just.

    **PLEASE TAKE FURTHER NOTICE** that in accordance with Local Rule of Civil Procedure 6.1(b), plaintiff's opposition, if any, must be filed on or before February 14, 2025 and defendant Sarah Lawrence College intends to serve its reply papers on or before February 21, 2025.

Dated: January 31, 2025                        HODGSON RUSS LLP

                                                By: _____
                                                    Thomas S. D'Antonio
                                                    Joshua M. Agins

       Molly F. Plewinski*

       1800 Bausch & Lomb Place
       Rochester, New York 14604
       Telephone: (585) 454-0700
       tdantonio@hodgsonruss.com
       jagins@hodgsonruss.com

       *Attorneys for defendant Sarah Lawrence College*

\*—not yet admitted to
the bar of this Court