UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DANIEL B. LEVIN, SANTOS J. ROSARIO, and
FELICIA ROSARIO,

                        Plaintiffs,

-vs-

SARAH LAWRENCE COLLEGE, LEE CHEN,
GUMLEY-HAFT LLC, and SCOTT MULLER,

                        Defendants.
_____

**DECLARATION OF THOMAS S. D'ANTONIO**

Civil Action No.: 23-cv-10236

Thomas S. D'Antonio, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that:

1.     I am an attorney admitted to practice before this Court and am a partner in the law firm of Hodgson Russ LLP, attorneys for defendant Sarah Lawrence College ("SLC" or "the College").

2.     I make this Declaration in support of the College's motion to dismiss plaintiffs' Amended Complaint. This Declaration introduces documentary material that informs the College's motion.

3.     Attached as Exhibit 1 are selected pages of a copy of the transcript of the trial of *United States of America v. Lawrence Ray* (20 Cr. 110 (LJL)) held before this Court in the United States District Court for the Southern District of New York, on March 28, 2022.

4.     Attached as Exhibit 2 are selected pages of a copy of the transcript of the trial of *United States of America v. Lawrence Ray* (20 Cr. 110 (LJL)) held before this Court in the United States District Court for the Southern District of New York, on March 29, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2025

                                                                                                       s/ Thomas S. D'Antonio  
                                                                                                         Thomas S. D'Antonio

Case 1:23-cv-10236-LJL   Document 80-2   Filed 01/31/25   Page 2 of 2