# EXHIBIT 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                          20 Cr. 110 (LJL)

LAWRENCE RAY,

                 Defendant.             Trial
------------------------------x
                                        New York, N.Y.
                                        March 28, 2022
                                        9:05 a.m.
```

Before:

       HON. LEWIS J. LIMAN,

            District Judge
            and a jury

         APPEARANCES

DAMIAN WILLIAMS
  United States Attorney for the
  Southern District of New York
DANIELLE R. SASSOON
MOLLIE BRACEWELL
LINDSEY KEENAN
  Assistant United States Attorneys

FEDERAL DEFENDERS OF NEW YORK, INC.
  Attorneys for Defendant
MARNE L. LENOX
ALLEGRA GLASHAUSSER
NEIL P. KELLY
PEGGY CROSS-GOLDENBERG

Also Present: Kelly Maguire, FBI
        Claudia Hernandez, Paralegal-USAO
        Larissa Archondo, Paralegal-FDNY

1  FELICIA ROSARIO,
2      called as a witness by the Government,
3      having been duly sworn, testified as follows:
4  DIRECT EXAMINATION
5  BY MS. BRACEWELL:
6  Q.  Good morning, Ms. Rosario.
7  A.  Good morning.
8  Q.  The microphones are, as the judge alluded to, a little
9  sensitive, so we'll remind you throughout.
10         Do you recognize anyone in the courtroom today?
11 A.  Yes.
12 Q.  Who do you recognize?
13 A.  The defendant.
14 Q.  And by what name do you know him?
15 A.  Larry.
16 Q.  Can you identify where he is sitting and an article of
17 clothing that he's wearing.
18 A.  He's sitting at the first table -- or second table, and
19 he's wearing a cream sweater.
20         MS. BRACEWELL:  Let the record reflect that
21 Ms. Rosario has identified the defendant.
22         THE COURT:  The record will so reflect.
23         MS. BRACEWELL:  Ms. Hernandez, may we publish what's
24 in evidence as Government Exhibit 16.
25 Q.  Ms. Rosario, who appears in this photograph?

1  A.  Larry.
2  Q.  What other names did you use for Larry?
3  A.  Lawrence, Larry, Honey Bunny.
4  Q.  What names did he use for you?
5  A.  Felicia, Felice, Fela, Honey Bunny.
6  Q.  If I refer to Lawrence Ray as the defendant, will you
7  understand who I'm talking about?
8  A.  Yes.
9  Q.  When did you first meet the defendant?
10 A.  September 2011.
11 Q.  Did you ever live with the defendant?
12 A.  Yes.
13 Q.  Beginning approximately when?
14 A.  September 2012.
15 Q.  And until when did you live with the defendant?
16 A.  February 11, 2020.
17 Q.  So during those years of living together, could you walk us
18 through in order where you lived.
19 A.  We lived in Manhattan on the upper east side; we spent some
20 time in Pinehurst, North Carolina; then we moved to -- we lived
21 in different places in Manhattan, different hotels and airbnbs;
22 and then we lived in Piscataway, New Jersey.
23 Q.  So going in order, approximately what dates were you in the
24 upper east side?
25 A.  The upper east side, I was there -- we were there about

1  　　　　　MS. BRACEWELL:  Ms. Hernandez, we can take this down.
2  Q.  A moment ago you said you met the defendant in the fall of
3  2011.  Where were you living at that time?
4  A.  Los Angeles.
5  Q.  And what were you doing in Los Angeles?
6  A.  I had just started my residency training in psychiatry.
7  　　　　　MS. BRACEWELL:  Ms. Hernandez, can you display for the
8  witness and the Court what's been marked for identification as
9  Government Exhibit 13A.
10 Q.  Ms. Rosario, do you recognize this photograph?
11 A.  Yes.
12 Q.  What does it show?
13 A.  It's me with my co-residents in the courtyard of the
14 hospital where we worked.
15 Q.  And where was this photograph taken?
16 A.  In Los Angeles.
17 Q.  Is this a fair and accurate depiction of you and your
18 colleagues?
19 A.  Yes.
20 　　　　　MS. BRACEWELL:  The government offers Government
21 Exhibit 13A.
22 　　　　　MS. LENOX:  Objection.  403.
23 　　　　　THE COURT:  It's received.
24 　　　　　(Government's Exhibit 13A received in evidence)
25 　　　　　MS. BRACEWELL:  Thank you.

1          Ms. Hernandez, may we publish.
2     BY MS. BRACEWELL:
3     Q.  Ms. Rosario, where are you in this photograph?
4     A.  In Los Angeles, at the hospital.
5     Q.  And roughly when was this photograph taken?
6     A.  It would have been summer 2012.  I was starting my second
7     year of residency.
8     Q.  So let's turn to your first meeting with the defendant.
9     Where did you first meet him?
10    A.  At his apartment.
11    Q.  And was that in New York City or somewhere else?
12    A.  In New York City.
13    Q.  Who introduced you to the defendant?
14    A.  My brother and my sister.
15    Q.  What are their names?
16    A.  Santos Rosario and Yalitza Rosario.
17         MS. BRACEWELL:  Ms. Hernandez, could we please publish
18    what's in evidence as Government Exhibit 1827.
19    Q.  Ms. Rosario, can you describe who's in this photograph.
20    A.  Yes.  So I'm in the center and then my sister is on the
21    right -- I mean, my -- the left of the picture, and that's
22    Yalitza; and my brother is on the other side, Santos.
23    Q.  So --
24         MS. BRACEWELL:  Thank you.  You can take that down.
25    Q.  You said your siblings introduced you to the defendant.

1  What was your understanding of their relationship with him?
2  A.  They told me that he was helping them.
3  Q.  And what did you understand he was doing to help them?
4  A.  He was supposed to be helping them with their mental
5  health, with their insecurities, with their anxieties, which
6  also included helping them with school.
7  Q.  So let's return to the first meeting.  You said you met in
8  New York City.
9  A.  Mm-hmm.
10 Q.  Where all did you go with the defendant?
11 A.  We went to dinner at Saleya's, at an Italian restaurant
12 downtown.
13 Q.  About how many hours were you with the defendant on that
14 first night?
15 A.  I believe it was about seven.
16 Q.  After that meeting did you go back to Los Angeles?
17 A.  Yes.
18 Q.  What was your impression of the defendant from the first
19 meeting?
20 A.  Oh, I thought he was really nice, charming, smart, kind.
21 Q.  Once you were back in Los Angeles did you remain in touch
22 with the defendant?
23 A.  Yes.
24 Q.  How often were you speaking with the defendant on the
25 phone, if at all?

1  A.  We started speaking fairly regularly at the beginning, and
2  then it just -- then we ended up talking every day, multiple
3  times a day.
4  Q.  How did your relationship progress after September of 2011?
5  A.  So we were friendly, we talked about my siblings a lot,
6  because he was spending a lot of time with them, and then --
7  then it got to be romantic.
8  Q.  Approximately when did it become romantic?
9  A.  I would say like around November of 2011.
10 Q.  Did there come a time when the defendant said he loved you?
11 A.  Yes.
12 Q.  Approximately when?
13 A.  That would have been in November 2011.
14 Q.  How many times had you met in person at that point?
15 A.  Once.
16 Q.  How did the defendant's attention make you feel?
17 A.  Good.  It was nice.
18 Q.  And how old were you in 2011 in the fall?
19 A.  2011 in the fall, I would have been 29.
20 Q.  How often did you see the defendant that year?
21 A.  After that, I saw him three times.
22 Q.  Did he visit you?
23 A.  No.
24 Q.  What was your understanding of why not?
25 A.  He said he didn't have his identification so he couldn't