# EXHIBIT 2

```
                                                             
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                            20 Cr. 110 (LJL)

 5   LAWRENCE RAY,

 6              Defendant.                    Trial

 7   ------------------------------x

 8                                            New York, N.Y.
                                              March 29, 2022
 9                                            9:15 a.m.

10
     Before:
11
                       HON. LEWIS J. LIMAN,
12
                                              District Judge
13                                            and a jury

14                         APPEARANCES

15
     DAMIAN WILLIAMS
16        United States Attorney for the
          Southern District of New York
17   DANIELLE R. SASSOON
     MOLLIE BRACEWELL
18   LINDSEY KEENAN
          Assistant United States Attorneys
19
     FEDERAL DEFENDERS OF NEW YORK, INC.
20        Attorneys for Defendant
     MARNE L. LENOX
21   ALLEGRA GLASHAUSSER
     NEIL P. KELLY
22   PEGGY CROSS-GOLDENBERG

23   Also Present:   Kelly Maguire, FBI
                     Claudia Hernandez, Paralegal-USAO
24                   William Coleman, Paralegal-USAO
                     Larissa Archondo, Paralegal-FDNY
25
```

(Jury present)

THE COURT: You may be seated.

Members of the jury, I hope you had a good evening. Before we get started with the resumption of the testimony, I'm going to give you an instruction. I'm going to take judicial notice of the following, and I instruct you as to the following. This pertains to the witness who's testified about cell site locations.

You're instructed that Coordinated Universal Time is four hours ahead of Eastern Standard Time during daylight saving time and five hours ahead otherwise. Daylight saving time ends on the first Sunday of November each year. Therefore, on October 15-16, 2018, the times listed on Government Exhibit 202 in UTC are four hours ahead of the local time in New York City, which is on eastern daylight saving time in October.

All right. Ms. Bracewell, you may proceed.

MS. BRACEWELL: Thank you, your Honor.

FELICIA ROSARIO, resumed.

DIRECT EXAMINATION CONTINUED
BY MS. BRACEWELL:

Q. Good morning, Ms. Rosario.

A. Good morning.

Q. Yesterday we left off talking about some documents that showed pickups. Do you recall that testimony?

```
 1   Q.  You're living alone?
 2   A.  Yes, I am.
 3   Q.  And are you currently in touch with your family members?
 4   A.  Yes, I am.
 5            MS. BRACEWELL:  Nothing further, your Honor.
 6            THE COURT:  Okay.  Cross-examination.
 7   CROSS EXAMINATION
 8   BY MS. LENOX:
 9   Q.  Good morning, Ms. Rosario.
10   A.  Good morning.
11   Q.  Ms. Rosario, when you first met Larry, you had graduated
12   from college.
13   A.  Well, many years prior, yes.
14   Q.  And you had graduated from medical school.
15   A.  Yes.
16   Q.  You were working as a medical resident when you met Larry.
17   A.  Yes.
18   Q.  You were living away from your family.
19   A.  Yes.
20   Q.  On your own.
21   A.  Yes.
22   Q.  In California.
23   A.  Yes.
24   Q.  And you were 29 years old.
25   A.  Correct.
```

1  A. I know that it's from my e-mail account. I don't remember
2  exactly -- I remember writing -- I remember drafting this, but
3  I don't remember -- I don't remember the specific e-mail.
4  Q. But you remember drafting it?
5  A. I remember drafting something like this, about the
6  poisoning, yes.
7  Q. Who was this sent to?
8  A. It was sent to Lawrence.
9          MS. LENOX:  The defense offers Defense Exhibit B30 as
10 evidence.
11         MS. BRACEWELL:  Objection, your Honor.
12         THE COURT:  Sustained.
13         MS. LENOX:  It's not being offered for the truth of
14 what is being written in the e-mail.
15         THE COURT:  There is a lot of hearsay in this.  As
16 it's drafted, the objection is sustained.
17 Q. I want to talk to you a little bit about your relationship
18 with Larry.  Your relationship with Larry developed over the
19 phone, right?
20 A. Yes.
21 Q. You were living in California when it began to develop,
22 right?
23 A. Yes, I was.
24 Q. And he was living in New York?
25 A. Yes.

1   Q.  And you met in September of 2011?
2   A.  Correct.
3   Q.  Then you flew back to California for work?
4   A.  Yes.
5   Q.  And you continued talking to Larry over the phone?
6   A.  Correct.
7   Q.  And you would talk to him every day?
8   A.  Not at first, but then it turns into every day, yeah.
9   Q.  Multiple times a day?
10  A.  Yes.
11  Q.  For hours at a time?
12  A.  Yes.
13  Q.  And a relationship developed?
14  A.  Yes.
15  Q.  You fell in love?
16  A.  Yes.
17  Q.  And you told your family members about your feelings for
18  Larry, right?
19  A.  Yes.
20          MS. LENOX:  Larissa, can you please pull up Defense
21  Exhibit F2 for the witness, the Court, and the parties.
22  Q.  Ms. Rosario, do you recognize this?
23  A.  Yes.
24  Q.  What is it?
25  A.  It's a picture of me and Larry.