IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DANIEL B. LEVIN, SANTOS J. ROSARIO
and FELICIA ROSARIO

,                                                        )        **STIPULATION OF**
                      Plaintiff(s)                       )        **VOLUNTARY DISMISSAL**
                                                         )        **PURSUANT TO F.R.C.P.**
        v.                                               )        **41(a)(1)(A)(ii)**
                                                         )
SARAH LAWRENCE COLLEGE, LEE CHEN,                        )        Case No.: 23-CV-10236(LJL)
GUMLEY-HAFT LLC, and SCOTT MULLER                        )
                      ,                                  )
                      Defendant(s)                       )
                                                         )
                                                         )

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed,  with     prejudice against the defendant(s) ___GUMLEY-HAFT LLC_____ pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____                          _____
*Signature of plaintiffs or plaintiff's counsel*   *Signature of defendants or defendant's counsel*

CHAFFIN LUHANA LLP                                HARRIS BEACH MURTHA CULLINA PLLC
_____                          _____
*Address*                                         *Address*
600 THIRD AVENUE 12TH FLOOR                       100 WALL STREET, 23RD FLOOR
NEW YORK NY 10016                                 NEW YORK, NY 10005

_____                          _____
*City, State & Zip Code*                          *City, State & Zip Code*

347-778-0413                                      212-687-0100
_____                          _____
*Telephone Number*                                *Telephone Number*

Dated: 01/29/2025 _____                Dated: 1/28/25 _____

JUSTICE LAW COLLABORATIVE LLC
210 Washington Street
North Easton, MA 02356
508-230-2700

Dated: 1/28/25 _____