IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. LEVIN, SANTOS J. ROSARIO and FELICIA ROSARIO,<br>　　　　　Plaintiff(s)<br><br>v.<br><br>SARAH LAWRENCE COLLEGE, LEE CHEN, GUMLEY-HAFT and SCOTT MULLER,<br>　　　　　Defendant(s) | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Case No.: 1:23-CV-10236 (LJL) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) SARAH LAWRENCE COLLEGE pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). A dismissal with prejudice will be filed by the parties subject to the parties effectuating the terms of a Release of All Claims in this matter.

_[signature]_
Signature of plaintiffs or plaintiff's counsel
Kelly A. Guagenty
Justice Law Collaborative
Address

210 Washington Street
N. Easton, MA 02356
City, State & Zip Code

508-230-2700
Telephone Number

Dated: 3/5/2025
And,

_[signature]_
Signature of plaintiffs or plaintiff's counsel
Nicholas Farnolo
Chaffin Luhana LLP
600 Third Ave., 12th Floor
New York, NY 10016
347-778-0413

Dated: 3/5/2025

_[signature]_
Signature of defendants or defendant's counsel
Thomas S. D'Antonio
Hodgson Russ LLP
Address

605 Third Ave., Ste 2300
New York, NY 10158
City, State & Zip Code

585-454-0715
Telephone Number

Dated: 3/5/2025

The Clerk of Court is respectfully directed to close this case and to terminate all pending motions and conferences.

SO ORDERED.

_[signature]_
LEWIS J. LIMAN
United States District Judge

March 10, 2025