UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DANIEL B. LEVIN, SANTOS J. ROSARIO and
FELICIA ROSARIO,

                     Plaintiffs,

  -against-

SARAH LAWRENCE COLLEGE and GUMLEY-HAFT LLC,

                     Defendants.

Case No. 23-cv-10236

## STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, representing all parties who have appeared in and remain parties to this action, that the Complaint, and all claims that have been asserted by plaintiff in this action are hereby voluntarily dismissed, with prejudice and on the merits, and that the action is hereby voluntarily dismissed, in its entirety, with prejudice and on the merits.

Dated: August 6, 2024

| JUSTICE LAW COLLABORATIVE, LLC | HODGSON RUSS LLP |
|---|---|
| By: /s/ Kelly A. Guagenty<br>    Kelly A. Guagenty | By: /s/ Thomas S. D'Antonio<br>    Thomas S. D'Antonio |
| 210 Washington Street<br>North Easton, Massachusetts 02356<br>Telephone: (508) 230-2700<br>*Attorneys for plaintiffs* | 1800 Bausch & Lomb Place<br>Rochester, New York 14604<br>Telephone: (585) 454-0700<br>*Attorneys for Sarah Lawrence College* |